JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA VEGA,<br><br>        Plaintiff,<br><br>  v.<br><br>RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1717-VAP (CWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: January 28, 2009

                                    */s/ Virginia A. Phillips*
                                    VIRGINIA A. PHILLIPS
                                 United States District Judge